B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Ana Y Garcia,     Case No. 22-04472

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wallace Consulting and Investment Corp | Trinity Financial Services, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1020 Pacific Coast Hwy, Suite A
Huntington Beach, CA 92648-4874

Court Claim # (if known):    3
Amount of Claim:    $79,201.85
Date Claim Filed:    06/02/2022

Phone: (310) 606-0205
Last Four Digits of Acct #: _____

Phone: (855) 818-6806
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
1020 Pacific Coast Hwy, Suite A
Huntington Beach, CA 92648-4874

Phone: (310) 606-0205
Last Four Digits of Acct #: _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**FEB 16 2023**

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Judd Wallace     Date: 2/2/22
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.