NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Ana Y Garcia
834 Park Bluff Circle
Elgin, IL 60120
SSN: xxx−xx−4874 EIN: N.A.

Case No. : 22−04472
Chapter : 13
Judge : Donald R Cassling

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Trinity Financial Services LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Wallace Consulting and Investment Corp. of your claim in the above matter, designated Claim No. 3 . If no objections are filed by you on or before March 9, 2023 the Court shall substitute Wallace Consulting and Investment Corp. in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: February 16, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court